IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARACELI MEDINA DE PEREZ, | § § § | |
| Plaintiff, | § § | Case No. 4:13-CV-01854 |
| v. | § § | JURY |
| ISS FACILITY SERVICES, INC. | § § § | |
| Defendant. | | |

### PROPOSED ORDER OF DISMISSAL

Upon consideration of the parties' joint motion for dismissal, this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: _____

BY THE COURT:

_____
Judge Keith Ellison