IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARACELI MEDINA DE PEREZ, | § |
| Plaintiff, | § § Case No. 4:13-CV-01854 |
| v. | § JURY |
| ISS FACILITY SERVICES, INC. | § |
| Defendant. | § |

## ORDER OF DISMISSAL

Upon consideration of the parties' joint motion for dismissal, this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: JAN. 9, 2014

BY THE COURT:

_____
Judge Keith Ellison

9